UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.A.L., | Case No.: 15-cv-00355-LHK |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| MIKE SANTOS, et al., | |
| Defendants. | |

Plaintiff's Attorney: Jaime Leanos
Defendants' Attorney: Aimee Hamoy-Perera

    An initial case management conference was held on May 20, 2015.  A further case management conference is set for August 26, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by August 19, 2015.

    The Court referred the parties to a magistrate judge settlement conference with Judge Cousins with a 150-day deadline.

    The Court set a limit of 20 depositions in this case. The discovery limits of the Federal Rules of Civil Procedure will otherwise apply in this case.

    The Court set the following case schedule:

FACT DISCOVERY CUTOFF: December 30, 2015

EXPERT DISCOVERY:

1

Case No.: 15-cv-00355-LHK
CASE MANAGEMENT ORDER

Opening Reports: February 1, 2016
Rebuttal Reports: February 16, 2016
Close of Expert Discovery: March 1, 2016

DISPOSITIVE MOTIONS shall be filed by March 18, 2016, and set for hearing no later than April 28, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: July 7, 2016, at 1:30 p.m.

JURY TRIAL: July 18, 2016, at 9:00 a.m.  Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: May 20, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 15-cv-00355-LHK
CASE MANAGEMENT ORDER