UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.A.L., <br><br> Plaintiff, <br><br> v. <br><br> MIKE SANTOS, et al., <br><br> Defendants. | Case No.15-CV-00355-LHK <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for August 26, 2015, is hereby CONTINUED to November 18, 2015, at 2 p.m.  Pursuant to Civil Local Rule 16-20(d), the parties shall file a joint case management statement by November 11, 2015.  The joint case management statement shall "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

The parties additionally shall file a joint settlement conference status update by October 5, 2015.

**IT IS SO ORDERED.**

Case No.15-CV-00355-LHK
ORDER

1

Dated: August 20, 2015

_____
LUCY H. KOH
United States District Judge

Case No.15-CV-00355-LHK
ORDER

2