UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J.A.L.,<br><br>            Plaintiff,<br><br>      v.<br><br>MIKE SANTOS, et al.,<br><br>            Defendants. | Case No. 15-CV-00355-LHK<br><br>**JUDGMENT** |

On March 10, 2016, the Court granted Defendants Sergeant Michael Santos and Officer Frits Van der Hoek's (collectively, "Defendants") motion for summary judgment as to all of Plaintiff J.A.L.'s ("Plaintiff") claims. Accordingly, the Clerk of the Court shall enter judgment in favor of Defendants and against Plaintiff. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
LUCY H. KOH
United States District Judge

Case No. 15-CV-00355-LHK
JUDGMENT

1